Case 1:24-mj-00198-ZMF    Document

Case: 1:24-mj-00198
Assigned To : Judge Zia M. Faruqui
Assign. Date : 6/6/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

**Factual Background**

A Task Force Officer with the Federal Bureau of Investigation (FBI)–Metropolitan Police Department (MPD) Child Exploitation and Human Trafficking Task Force (CEHTTF) is active in an undercover capacity on a fetish website. While many users of the site are pursuing lawful, adult sexual activity, law enforcement knows that individuals also use the site to pursue illicit sexual activity, including with children.

In May 2024, the undercover agent made several posts in a group on the fetish website. The group is dedicated to communicating with other users of a certain end-to-end encrypted messaging application.[1] In the posts, the undercover agent referred to himself as a "kinky daddy" and indicated he was looking for "very open-minded people" to explore similar interests on the encrypted messaging application.

An individual later identified as **NATHANIEL LAMAR NELSON SCOTT** sent the undercover agent a direct message on the fetish website, asking "So what are you looking to do with a perverse Daddy ?" The undercover agent responded, "Looking to me[et] like minded and see where it goes . I am a very open taboo[2] dad here . Let me know if you wanna chat on [the

---

[1] When a chat is end-to-end encrypted, only the participants to that chat can see its contents. Because the application is unable to access the contents of the chat, it is not possible for the application to detect the discussion of child sex abuse or the transmission of child sex abuse material. For this reason, individuals interested in the sexual abuse of children frequently prefer to communicate via applications offering end to end encryption.

[2] "Taboo" is a term commonly used by individuals with illicit sexual proclivities, including incest, the sexual abuse and exploitation of children, and child pornography.

encrypted messaging application]." The undercover agent then provided his username, and on May 25, 2024, the undercover agent and **SCOTT** began messaging on the application.

A selection of the initial conversation follows:

**UC:** I'm a taboo perv into taboo no limits[3]

**UC:** I watch what I say on [the website], lots of squares

**UC:** U a naughty dad too with young

**UC:** B or g?

**SCOTT:** [replying to "I watch what I say on [the website], lots of squares"] Same here, I've learned my lesson, from [the website] and other places never can be too cautious Lol

**SCOTT:** I hate the hypocrisy tho! So many folk pretending

**SCOTT:** [replying to "U a naughty dad too with young"] Not a father no, not so lucky, just a Daddy Dom! Haha. I'm extremely taboo, also pretty much no limits, and I'm a Man.

**SCOTT:** If that changes things, I understand. Most of the naughty parents I've connected with on here only like talking to other parents. I get it

**UC:** Yeah, I like to mostly talk to other parents and see where it goes , have shared live and that sort of thing. What do u perv too

**SCOTT:** Yeah I get it I'm not mad about it, just unfortunate for me haha

**UC:** lol

**SCOTT:** I perv to boy and girls and lots of taboo stuff on twitter mostly

**SCOTT:** I have groomed a few

---

[3] Individuals interested in the sexual abuse and exploitation of children often refer to themselves and their proclivities using the term "perv," which can be either a noun or a verb. "No lims" is short for "no limits," which means just that—no limits. Like taboo, no limits and perv are also term commonly used by individuals with illicit sexual proclivities.

**UC:** Nice

**SCOTT:** And I like em young

**UC:** Mine is 6 [**SCOTT** reacted with a heart symbol]

**SCOTT:** That's the perfect age

**UC:** Yes

**SCOTT:** 6 is one of my fav numbers

**SCOTT:** I seen Half that

**SCOTT:** I had a few young sluts I groomed

**SCOTT:** But never been lucky enough to play irl[4]

**SCOTT:** Just hoping one day I can find a pxdo[5] mommy or pxdo daddy that will let me play with them or have my own 1 day

**SCOTT:** I'm so horny rn[6] dude lol most thinking about your little girl

**UC:** I'm out of town this weekend actually driiving

**SCOTT:** Are you into both sex or just girls?  Do you like it's too?

**UC:** Let's connect next week

**UC:** I'm in dc u?

**SCOTT:** I'm into boys a little now too, but mid teens age range for them

**SCOTT:** [replying to "I'm in dc u?"] I'M in MD not to far from Dc tho

**UC:** Ok

---

[4] The initialism "irl" stands for "in real life."

[5] The term "pxdo" appears to be an intentional misspelling of "pedo," which is short for "pedophile."  Individuals with illicit sexual interests will often intentionally misspell certain words to avoid detection.

[6] The initialism "rn" stands for "right now."

3

As the conversation continued, **SCOTT** asked the undercover agent questions about his divorce and whether the mother of the undercover agent's purported six-year-old daughter knew that he was sexually abusing her.

The conversation continued throughout late May and early June 2024. During the conversation, the undercover agent told **SCOTT**, "sniffed daughters panties this morning and shot a load."[7] **SCOTT** reacted with a heart and replied, "Mmm bet those panties small so pure and makes your dick hard becuz its so naughty." The undercover agent responded, "Yes so tiny !" and sent a picture of a penis next to girl's underwear and a pink blanket. **SCOTT** later responded, "I want to smell those panties when they are fresh."

**SCOTT** continued to ask the undercover agent questions about his abuse of his purported six-year-old daughter. A portion of the conversation follows:

**SCOTT:** What's it like doing naughty thing with her

**SCOTT:** Is she welcoming and excited to be naughty or does she resist and protest verbally ?

**UC:** No , I don't do anything crazy to make her uncomfortable, she will jerk me off and suck it mostly and I'll will lick her and rub

**UC:** Jerk off near her while touching [**SCOTT** reacted with a heart symbol]

**UC:** What kind of porn u perv too

**SCOTT:** Lots of age play and incest stuff, loli[8] stuff and I'm also into BNWO/ interracial,

---

[7] The phrase "shot a load" is slang for ejaculation.

[8] The term "loli" is short for "Lolita" and is commonly used by individuals interested in prepubescent to early teenage girls, to include child pornography and child erotica.

misogyny /female objectification, interracial , corruption of innocence, messy/piss, Pet Play

**SCOTT:** [replying to "No, I don't do anything crazy . . ."] Does she get excited about play time

**UC:** Yes , at times she does. She seems to be getting more into it

Following this conversation, **SCOTT** asked if the undercover agent had ever let "someone else play" with his purported six-year-old daughter. The undercover agent described a planned encounter that did not occur and remarked that it "[w]ould have been hot to see her with a strange cock." **SCOTT** responded, "Hmmm yeah that really close and really hot. I'd want to just watch at first," and then said, "Or just like be naked around and playing with myself or watch some porn together and see how it goes."

**SCOTT** stated that "[b]athing would be suuuper hot," and asked if the undercover agent's purported daughter was still a virgin, as well as questions about her body type and vagina. **SCOTT** later stated, "It's all a fantasy at this point, but it would be hot for a mommy or daddy like you to kind of groom me in a sense to be more and more depraved. I'm cautious about it still, but taking to you is very seducing and exciting."

On the morning of June 5, 2024, the undercover agent told **SCOTT** that his purported daughter would be with him that evening. During the conversation, **SCOTT** stated:

> . . . I was hoping you were mor bi and open to paying with me a bit, which might help me feel more comfortable but I doing even know if you're my type….not gonna lie, there is a part of me that is nervous cuz like you said I never done it before but last week I groped an 8 and man I was so hard and filled with so much lust, I want to do it so bad and the way you do it is the perfect way , gentle and fun, I really admire you for that and happy for her. All little girls need pedo cock to help groom them and make them into good little sluts.

The undercover agent responded that he was not looking for one-on-one sexual contact with other men. Below is an excerpt of the conversation that followed:

> **UC:** But again, It sounds like your either skeptical or u sure of what u would want to do, so I don't know. I went through it with the last guy. His suggestion was to meet at a public place close to my apartment and have me FaceTime her with him next to me with her pulling her shirt up or taking her patns off
>
> **SCOTT:** When up say unsure, like you mean what I want to do in person or what?
>
> **UC:** Yes
>
> **SCOTT:** Like you, I don't want to get caught ofc[9] so yeah I'm cautious and nervous about that but I was also just trying to be respectful and not "pushy" but maybe I'm fucking up lol
>
> **UC:** lol I understand
>
> **SCOTT:** Yes if we are in person I'd want to introduce and maybe tickle her and grip her and molest her and kiss her then watch you too a bit then get comfy and lick her and rub my tip with you there to encourage me to embrace it and hope she has fun
>
> **UC:** Mmmm that would make me so hard
>
> **SCOTT:** Yeah, so that's what I want
>
> **SCOTT:** There, no more hesitation or indecisiveness

The undercover agent asked **SCOTT** to "validate" himself by taking a picture in which he was holding four fingers up. **SCOTT** sent a picture of four fingers over an adult male penis. The individual in the picture is a Black male. The undercover agent sent **SCOTT** a picture of his

---

[9] The term "ofc" is internet slang for "of course."

6

purported daughter with her shirt raised.[10] The undercover agent stated, "If you want to do this , they best way is to meet by my place in public, then I can FaceTime her and her her show her pussy, then we head walk up to my apt." **SCOTT** responded, "I want to lick every inch."

The undercover agent then discussed plans to meet up in the District of Columbia later in that evening. **SCOTT** stated, "I was just thinking, like what about taking a bath? I think that is so hot." The undercover agent responded, "Yes I agree maybe a good way to start too, and **SCOTT** responded, "can't wait." **SCOTT** later indicated that he would not be taking a shower after work due to the plan to take a bath.

The undercover agent and **SCOTT** agreed to meet at a bar in Northwest Washington, D.C. Shortly before the meeting, the undercover agent sent **SCOTT** a picture of the shirt he was wearing. On June 5, 2024, at approximately 6:59 p.m., **SCOTT** entered the bar and went straight to the bathroom. Upon exiting the bathroom, **SCOTT** approached the undercover agent and shook his hand. **SCOTT** ordered beers for himself and the undercover agent and sat next to the undercover agent at the bar. **SCOTT** stated that he was from the Crofton, Maryland, area, and discussed sports with the undercover agent. After several minutes, the undercover agent told **SCOTT** that he was not trying to rush him but that they needed to get back to the apartment because the undercover agent's purported daughter was there. **SCOTT** acknowledged this, got up, and walked down the bar to get the bartender's attention and pay the tab. The undercover agent informed **SCOTT** that the bar was too crowded to FaceTime his daughter and that he would show her on FaceTime once they entered his apartment building, which he said was in the same block. **SCOTT** agreed and followed the undercover agent outside the bar, at which time CEHTTF

---

[10] The picture did not depict an actual child.

members arrested him.  **SCOTT** told arresting agents that he was just trying to leave.

**SCOTT** waived his *Miranda* rights and participated in a custodial interview with CEHTTF members.  **SCOTT** admitted to driving into the District of Columbia from Maryland to meet a man he did not know but had been chatting with online.  **SCOTT** denied that he intended to abuse the undercover agent's purported daughter and explained that he was into role playing.  **SCOTT** also claimed that when he got outside of the bar, he had intended to tell the undercover agent it was not going to work out and then leave.

During processing, **SCOTT** identified himself.  CEHTTF members also recovered **SCOTT**'s Maryland driver's license.

### Identification of SCOTT

Before his June 5, 2024, arrest, members of the CEHTTF had already identified the suspect who was communicating with the undercover agent as **SCOTT**.  A member of the CEHTTF served an administrative subpoena on the fetish website for the username that contacted the undercover agent.  The website's response included, among other information, two Google Gmail addresses, a verified telephone number with a 443 area code, and a date of birth of July 15, 1988.  A member of the CEHTTF then served an administrative subpoena on Google.  Google's response indicated that the recovery phone number associated with one of the accounts was the same phone number provided by the fetish website.  A member of the CEHTTF also served an administrative subpoena for the phone number on T-Mobile.  T-Mobile responded that the number is subscribed to a woman with the initials S.H.  It is not clear what, if any, relationship S.H. has with **SCOTT**.  The service and billing address on the T-Mobile account, however, is the same address that is listed on **SCOTT**'s Maryland driver's license.  A search of the phone number in commercial databases

revealed that it is associated with **NATHANIEL LAMAR NELSON SCOTT**, a Maryland resident whose date of birth is July 15, 1988—the same date of birth provided by the fetish website.

## Conclusion

Based on the above information, your affiant respectfully submits that there is probable cause to believe that **NATHANIEL LAMAR NELSON SCOTT** violated Title 18, United States Code, 2423(b) (travel with intent to engage in illicit sexual conduct) on or about June 5, 2024.

_____
Timothy Palchak
Senior Police Officer
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on June 6, 2024.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge

9